# COURTROOM DEPUTY MINUTES     DATE: 10/3/05
## MIDDLE DISTRICT OF ALABAMA

DIGITAL RECORDING: 4:12 p.m. to 4:15

- ✓ **INITIAL APPEARANCE**
- ☐ BOND HEARING
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

| | |
|---|---|
| PRESIDING MAG. JUDGE **CHARLES S. COODY** | DEPUTY CLERK: **WANDA STINSON** |
| CASE NO. **02:05MJ116-CSC** | DEFT. NAME: **OSCAR HERNANDEZ MARTINEZ** |
| USA: **TODD BROWN** | ATTY: **DANIEL HAMM** |
| | Type Counsel: ( ) Retained; (✓) Panel CJA; ( ) Waived; ( ) CDO |
| USPTSO/USPO: **RON THWEATT** | |

Defendant ✓ does ___ does NOT need an interpreter;
Interpreter present ___ NO  ✓ YES  NAME: **BEVERLY CHILDRESS**

- ✓ Kars.      Date of Arrest **9/29/05**   or   ☐ karsr40
- ✓ kia.       Deft. First Appearance. Advised of rights/charges.  ☐ Pro/Sup Rel Violator
- ✓ kcnsl.     Deft. First Appearance with Counsel
- ✓           Requests appointed Counsel  ✓ **ORAL MOTION for Appointment of Counsel**
- ✓ Finaff.    Financial Affidavit executed  ☐ to be obtained by PTSO
- ☐ koappted  **ORAL ORDER** appointing Community Defender Organization - **Notice to be filed.**
- ✓ k20appt.   Panel Attorney Appointed; ✓ to be appointed - prepare voucher
- ☐           Deft. Advises he will retain counsel. Has retained _____
- ✓           Government's **ORAL** (kgoralm.) Motion for Detention Hrg.  ☐ To be followed by written motion;
- ☐           Government's **WRITTEN** Motion for Detention Hrg. filed.
- ☐           **DETENTION HRG** ☐ held;  ☐ Set for_____;  ☐ **Prelim. Hrg** ☐ Set for_____
- ✓ kotempdtn. **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn.     **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls. Release order entered.  ☐ Deft. advised of conditions of release.
- ☐ kbnd.      ☐ **BOND EXECUTED** (M/D AL charges) $_____. Deft released (kloc LR)
              ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
- ✓ kloc.(LC)  Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko.        Deft. **ORDERED REMOVED** to originating district
- ☐ kwvprl.    Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐           Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- ☐ karr.     **ARRAIGNMENT** SET FOR: _____ ☐ HELD. Plea of **NOT GUILTY** entered.
              ☐ Set for _____ Trial Term; ☐ **PRETRIAL CONFERENCE DATE:** _____
              **DISCOVERY DISCLOSURES DATE:** _____
- ☐ Krmknn.   **NOTICE** to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg.  Identity/Removal Hearing set for _____
- ☐ kwvspt    **Waiver of Speedy Trial Act Rights Executed.**