# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | ORDER OF TEMPORARY DETENTION |
| ) | |
| v.  ) | |
| ) | |
| OSCAR HERNANDEZ MARTINEZ ) | CR NO. 2:05mj116-CSC |

## ORDER

The defendant's first appearance in this court was on October 3, 2005. Information presented to the court shows that the defendant is not a citizen of the United States and that the Immigration and Customs Enforcement is seeking the defendant for the purpose related to deportation. Thus, the court concludes that the defendant presents a risk of flight. Accordingly, pursuant to 18 U.S.C. § 33142(d), it is

**ORDERED** that the defendant be detained without bail to and including **October 13, 2005**, for the purpose of determining if the appropriate federal authorities wish to take the defendant into custody.

The government is **DIRECTED** to notify the appropriate officials so that the custody of the defendant can be transferred and a detainer placed in connection with this case. If custody is not transferred on or before **October 13, 2005**, the government shall notify the court so that further proceedings may be conducted pursuant to 18 U.S.C. § 3142.

Done this 4th day of October, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE