# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>OSCAR HERNANDEZ MARTINEZ,<br>DEFENDANT | CASE NUMBER<br>2:05-MJ-116-CSC |

## NOTICE OF ACCEPTANCE OF APPOINTMENT

**COMES NOW,** Daniel G. Hamm, and hereby gives notice of acceptance as appointed counsel for the Defendant.

**RESPECTFULLY SUBMITTED** this the 5th day of October, 2005.

/s/ Daniel G. Hamm

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
**KEITH & HAMM, P.C.**
235 SOUTH MCDONOUGH STREET
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX              334-269-0262

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Notice of Acceptance of Appointment by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorneys named below or parties if not represented by counsel.

**DONE** this the 5th day of October, 2005.

/s/ Daniel G. Hamm

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
**KEITH & HAMM, P.C.**
235 SOUTH MCDONOUGH STREET
MONTGOMERY, ALABAMA 36104
TELEPHONE   334-269-0269
FAX         334-269-0262

Mr. Todd Brown
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197